

# Fourth Court of Appeals
### San Antonio, Texas

## JUDGMENT

No. 04-14-00140-CV

In the **INTEREST OF A.R.P., J.M.H., & T.A.H.**, Children

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 13-01-0023-CVA
Honorable Thomas F. Lee, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's Order of Termination is affirmed. No costs of appeal are assessed because appellants are indigent.

SIGNED July 30, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice